## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANJIE HUGHES, | : | CIVIL ACTION |
| *Plaintiff*, | : | |
| | : | NO. 22-3712 |
| v. | : | |
| | : | |
| MUHLENBERG TOWNSHIP | : | |
| POLICE OFFICER MALACHI | : | |
| SCHMIDT, *et al.,* | : | |
| *Defendants*. | : | |

## ORDER

**AND NOW**, this 23rd day of February 2026, upon consideration of Defendants Muhlenberg Township Police Officers Malachi Schmidt and Michael Travis', (collectively, "Defendants"), *motion for summary judgement*, (ECF 29, 31-32), Plaintiff Anjie Hughes', ("Plaintiff"), *motion for partial summary judgment*, (ECF 30), and the parties' respective responses, (ECF 33, 34), it is hereby **ORDERED**, for the reasons set for in the accompanying Memorandum Opinion, that:

1. Plaintiff's motion for partial summary judgment is **DENIED**

2. Defendants' motion for summary judgment is **GRANTED** and the complaint is **DISMISSED**.

**BY THE COURT:**

/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*